# COURT OF ERRORS AND APPEALS.

---

NATHANIEL J. CRANE, APPELLANT, AND FRANCIS HEWITT AND WIFE, RESPONDENTS.

A father devised his estate to a son and two daughters; the son made an agreement with the daughters for a different settlement and disposition of the estate among them, without apprising them of the value of the estate, which was known to him, but not to them; the agreement was, notwithstanding, sustained as a family settlement.

This case is reported *ante p.* 159.

*R. Van Arsdale* and *P. D. Vroom,* for the appellant.

*A. Whitehead,* for the respondents.

The decree was reversed, unanimously.

*Per tot. cur.*

Decree reversed.